# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10664
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANTONIO ROBLEDO TOVAR,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-633-1

---

Before SMITH, STEWART, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

Antonio Robledo Tovar argues that his statute of conviction, 18 U.S.C. § 922(g)(1), violates the Second Amendment as applied to him. He also contends that § 922(g)(1) violates the Commerce Clause, but he correctly concedes that this argument is foreclosed. *See United States v. Diaz*, 116 F.4th 458, 462 (5th Cir. 2024).

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10664

We review Tovar's as-applied challenge for plain error because he did not adequately present this argument before the district court. *See United States v. Jones*, 88 F.4th 571, 572 (5th Cir. 2023), *cert. denied*, 144 S. Ct. 1081 (2024). An error is not clear or obvious where an issue is disputed or unresolved, or where there is an absence of controlling authority. *United States v. Rodriguez-Parra*, 581 F.3d 227, 230-31 (5th Cir. 2009). Because there is no binding precedent addressing whether applying § 922(g)(1) based on Texas convictions for possession of controlled substances is consistent with this nation's historical traditions and because it is not clear that *Bruen* or *Diaz* dictates such a result, Tovar is unable to demonstrate an error that is clear or obvious. *See id.*

AFFIRMED.